IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )       CRIMINAL ACTION NO.
    v.                      )          2:22cr354-MHT
                            )              (WO)
ANTONIO DEMOND MCDONALD     )
```

ORDER

Because the motion provides insufficiently detailed reasons for the requested continuance, it is ORDERED that defendant's motion to continue trial (Doc. 15) is denied.

DONE, this the 4th day of January, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE