IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:22cr354-MHT** |
| | ) | (WO) |
| **ANTONIO DEMOND MCDONALD** | ) | |

**SUPPLEMENTAL ORDER ON TREATMENT-RELATED
CONDITIONS OF SUPERVISED RELEASE**

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Antonio Demond McDonald to receive mental-health and substance-abuse treatment in accordance with the detailed recommendations of Dr. McLendon W. Garrett. *See* Psychological Evaluation (Doc. 52) at 14.  Such treatment shall begin with a psychiatric evaluation to determine whether his symptoms would improve with psychotropic medication.  The probation officer shall arrange for defendant McDonald to undergo substance-abuse treatment

programming, whether through individual or group counseling with a qualified substance abuse counselor, and for him to participate in a substance-abuse program such as Alcoholics Anonymous or Narcotics Anonymous, in which he is assigned a sponsor.  The probation officer shall also arrange for defendant McDonald to receive mental-health treatment focused on increasing coping skills to reduce risk of relapse by addressing root causes of substance abuse.  This treatment should include regular psychotherapy, at a frequency recommended by the provider, to address past trauma and current distress, and to improve his use of adaptive coping skills for better emotion regulation and decision-making, using Cognitive Behavioral Therapy (CBT) and Dialectical Behavior Therapy (DBT) if possible.  The psychotherapist shall have experience and expertise in providing these treatment modalities and addressing trauma.

    (2) Within 70 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant McDonald is faring.

    (3) The United States Probation Office shall ensure that, prior to beginning treatment, any mental-health professional treating defendant McDonald receives a copy of the psychological evaluation conducted by Dr. McLendon W. Garrett (Doc. 52).

    DONE, this the 17th day of October, 2023.

                                     /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**